DAVID Z. CHESNOFF, ESQ.
Nevada Bar #2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: (702) 984-5563
Fax: (702) 598-1425
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 2:19-cr-0242-RFB-EJY |
| ) | |
| BOBBY BABAK KHALILI ) | STIPULATION TO CONTINUE |
| ) | CHANGE OF PLEA HEARING |
| Defendant. ) | AS TO DEFENDANT KHALILI |
| _____) | [PROPOSED ORDER] |

**IT IS HEREBY STIPULATED and AGREED** by and between Plaintiff's counsel Nicholas Trutanich, United States Attorney and Rachel Kent, Assistant United States Attorney, and Defendant's counsel David Z Chesnoff, Esq., and Richard A. Schonfeld, Esq., that the Change of Plea hearing scheduled for July 21, 2020, at 10:00am shall be continued for a period of 60 days.

This Stipulation is entered into for the following reasons:

1. Counsel for the United States and counsel for the Defendant jointly request this continuance as a result of unforeseen circumstances that have arisen related to the change of plea. The parties are continuing in their efforts to resolve the circumstances and therefore request this

additional time.

**DATED** this 10th day of July, 2020.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| /s/ Rachel Kent | /s/ Richard A. Schonfeld |
| **NICHOLAS A. TRUTANICH, USA** | **DAVID Z. CHESNOFF, ESQ.** |
| **RACHEL KENT, AUSA** | Nevada Bar No. 2292 |
| 501 Las Vegas Blvd., Suite 1100 | **RICHARD A. SCHONFELD, ESQ.** |
| Las Vegas, Nevada 89101 | Nevada Bar No. 6815 |
| Attorney for Plaintiff | 520 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| | Attorney for Defendant, Bobby Babak Khalili |

### ORDER

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court Hereby Orders that the Change of Plea Hearing scheduled for July 21, 2020, at 10:00am is continued to the 6th day of October, 2020, at 9:30 AM.

**DATED** this 14th day of July, 2020.

_____
**RICHARD F. BOULWARE, II**
United States District Judge

Respectfully Submitted:

/s/
_____
**RICHARD A. SCHONFELD, ESQ.**
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
Attorney for Defendant

2