**DAVID Z. CHESNOFF, ESQ.**
Nevada Bar No. 2292
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone (702) 384-5563
dzchesnoff@cslawoffice.net
rschonfeld@cslawoffice.net
Attorneys for Defendant, BOBBY BABAK KHALILI

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:19-cr-0242-JCM-EJY ) |
| BOBBY BABAK KHALILI, | ) STIPULATION TO CONTINUE ) SENTENCING ) |
| Defendant. | ) ) ) |

**IT IS HEREBY STIPULATED and AGREED** by and between the United States of America through Jean Ripley, Esq., Assistant United States Attorney and Cassandra Barnum, Esq., Trial Attorney, and David Z Chesnoff, Esq., along with Richard A. Schonfeld, Esq., attorneys for Defendant, Bobby Babak Khalili, that the Sentencing scheduled for June 15, 2022, at 10:00am be continued to July 20, 2022, or a time thereafter that is convenient to the Honorable Court.

The parties further stipulate that Defendant will file his Sentencing Memorandum and any formal Objections to the PSR ten court days prior to the Sentencing. The Government will then

1

have five court days to file their Response to the Sentencing Memorandum and their Response to Defendant's Objections to the PSR.

This stipulation is entered into for the following reasons:

1. Defendant Khalili is out of custody and consents to this request;

2. The parties received the Amended PSR on June 6, 2022, with the Sentencing Memorandum including any Objections to the PSR due on June 8, 2022. As a result, the Defendant needs additional time to prepare and file the Sentencing Memorandum and Objections to the PSR;

3. The Government would like additional time to respond to the Defendant's Sentencing Memorandum (once it is filed) as well as the Defendant's Objections to the PSR;

4. Jean Ripley, AUSA, and Cassandra Barnum, Trial Attorney have agreed to this request;

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing.

**DATED** this 7th day of June, 2022.

**UNITED STATES OF AMERICA**

*/s/ Jean Ripley*
JASON M. FRIERSON
United States Attorney
Nevada Bar #14853
JEAN RIPLEY
Assistant United States Attorney
501 Las Vegas Blvd. South
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jean.Ripley@usdoj.gov

**DATED** this 7th day of June, 2022.

  */s/ Cassandra Barnum*
CASSANDRA BARNUM
Trial Attorney
150 M St. NE
Washington, DC 20002
PHONE: (202) 305-0333

**DATED** this 7th day of June, 2022.

**CHESNOFF & SCHONFELD**

*/s/ Richard A. Schonfeld*
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant
Bobby Babak Khalili

3

**ORDER**

**IT IS THEREFORE ORDERED** that the Sentencing currently scheduled for June 15, 2022, at the hour of 10:00 a.m., be vacated and continued to **July 20, 2022, at 11:00 a.m.** It is further Ordered that Defendant shall file his Sentencing Memorandum and any formal Objections to the PSR ten court days prior to the sentencing. The Government will then have five court days to file their Response to the Sentencing Memorandum and their Response to the Defendant's Objections to the PSR.

**DATED** June 8, 2022.

_____
**THE HONORABLE JAMES C. MAHAN**
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted:

/s/ Richard A. Schonfeld
**RICHARD A. SCHONFELD, ESQ.**
Attorney for Defendant

4