UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>BOBBY BABAK KHALILI,<br><br>Defendant(s). | Case No. 2:19-CR-242 JCM (EJY)<br><br>ORDER |

Presently before the court is defendant Bobby Khalili's motion for appointment of counsel. (ECF No. 130). Also before the court are his motion to seal the accompanying financial affidavit (ECF No. 128), and his motion to modify his conditions of supervised release (ECF No. 131).

With good cause appearing, the court GRANTS defendant's motion to seal. The financial affidavit contains private financial information, and the need to keep that information private outweights the public's interest in disclosure and access to court records. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

Further, upon review of the financial affidavit, the court GRANTS defendant's motion for appointment of counsel. The court appoints the District of Nevada Office of the Federal Public Defender and Assistant Federal Public Defender Joy Chen as defendant's post-trial counsel in this matter, pursuant to this district's CJA administration plan and 18 U.S.C. § 3006A.

The court also notes the pending motion for modification of supervised release conditions. Defendant has requested expedited treatment of this matter, and the court finds such treatment appropriate. However, it requires further briefing, and the court will order an expedited briefing schedule.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for

3  appointment of counsel (ECF No. 130) be, and the same hereby is, GRANTED.  The District of

4  Nevada Office of the Federal Public Defender and Assistant Federal Public Defender Joy Chen

5  are appointed as counsel to defendant.

6  IT IS FURTHER ORDERED that defendant's motion to seal (ECF No. 128) be, and the

7  same hereby is, GRANTED.  The clerk's office is instructed to maintain defendant's financial

8  affidavit (ECF No. 129) under seal.

9  IT IS FURTHER ORDERED that the government shall file its response, if any, to

10  defendant's motion for modification of his supervised release conditions on or before Friday,

11  June 23, 2023.  Defendant shall then file his reply, if any, on or before Monday, June 26, 2023.

12  DATED June 20, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**